ELLA F. GUILD, Appellant, *v.* HENRY HOPKINS, JR., et al., as Executors of WALTER R. HERRICK, Deceased, et al., Respondents, et al., Defendants.

Argued April 7, 1947; decided May 23, 1947.

*Isidor Wasservogel* and *Samuel M. Lane* for appellant.

*Kenneth M. Spence, James H. Halpin* and *David B. Tolins* for estate of Walter R. Herrick and others, respondents.

*David S. Edgar, Jr.* and *Charles A. Houston* for Royal Little and another, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.